UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| ANGELA KIDD, ) | |
| ) | Civil No. 3:16-cv-00063-GFVT |
| Plaintiff, ) | |
| ) | |
| V. ) | **ORDER** |
| ) | |
| ITRON, INC., ) | |
| ) | |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Edward B. Atkins. [R. 25] Magistrate Judge Atkins recommends dismissing the above-captioned case due to a failure of counsel for Plaintiff to appear multiple times. [*See* R. 25.] Further, Plaintiff was given the opportunity to proceed pro se but also failed to notify the Court of her intentions to do so. [R. 1 at 1.] Judge Atkins's Report advised the parties that any objections must be filed within fourteen (14) days of service. [*Id*. at 4.] The time to file objections has passed, and neither party has objected nor sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States*

*v.Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court being sufficiently and otherwise advised, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [R. 25] is **ADOPTED** as the opinion of this Court; and

2. Plaintiff's claims are **DISMISSED WITH PREJUDICE** and the matter is **STRICKEN** from the active docket.

This the 26th day of June, 2018.

Gregory F. Van Tatenhove
United States District Judge